UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUSAN EMBREE,<br><br>    Plaintiff,<br><br>    v.<br><br>OCWEN MORTGAGE SERVICING, INC., and OCWEN LOAN SERVICING, LLC,<br><br>    Defendant. | NO. 2:17-CV-00156-JLQ<br><br>ORDER RE: NOTICE OF VOLUNTARY DISMISSAL; NOTICE STRIKING DEFENDANTS' MOTION TO DISMISS; AND DIRECTING ENTRY OF JUDGMENT |

On July 18, 2017, a Motion to Dismiss (ECF No. 14) was filed on behalf of both named Defendants. On August 7, 2017, Plaintiff filed a Notice of Voluntary Dismissal of Defendant Ocwen Mortgage Servicing, Inc. (ECF No. 18) and thereafter filed an Amended Complaint naming Ocwen Loan Servicing, LLC, only as Defendant (ECF No. 19). On August 22, 2017, Defendant Ocwen Loan Servicing, LLC, filed a Notice Striking Defendants' Motion to Dismiss (ECF No. 22) and thereafter filed a Motion to Dismiss (ECF No. 23) the Amended Complaint.

"[T]he plaintiff may dismiss an action without a court order by filing ... a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Fed.R.Civ.P. 41(a)(1)(A). Unless stated otherwise in the notice of dismissal, voluntary dismissal under Fed.R.Civ.P. 41(a)(1)(A) is without prejudice. Fed.R.Civ.P. 41(a)(1)(B). While Ocwen Mortgage Servicing, Inc. filed a Motion to Dismiss, it has not filed a responsive pleading to the claims against it. *See* Fed.R.Civ.P. 7(a) (listing responsive pleadings); Fed.R.Civ.P. 15 Advisory Committee Notes to the 2009 Amendments ("Serving a motion attacking the pleading ... is not a 'pleading' as defined in Rule 7"). Accordingly, Plaintiff may voluntarily dismiss claims against Ocwen

ORDER - 1

1 | Mortgage Servicing, Inc.

**IT IS HEREBY ORDERED**:

1. The Clerk is directed to enter Judgment dismissing the Complaint and the claims therein against Defendant Ocwen Mortgage Servicing, Inc. **WITHOUT PREJUDICE** and without costs or attorneys' fees to any party.
2. Ocwen Mortgage Servicing, Inc., shall be removed from the caption.
3. The Motion to Dismiss (ECF No. 14) is **STRICKEN**.

**IT IS SO ORDERED**. The Clerk is hereby directed to enter this Order and Judgment, and furnish copies to counsel.

Dated August 23, 2017.

s/ Justin L. Quackenbush<br>
JUSTIN L. QUACKENBUSH<br>
SENIOR UNITED STATES DISTRICT JUDGE