# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

SUSAN EMBREE,

*Plaintiff*

v.

OCWEN MORTGAGE SERVICING, INC.,
and OCWEN LOAN SERVICING, LLC,

*Defendant*

Civil Action No.  2:17-CV-156-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:  The Complaint and the claims therein against Defendant Ocwen Mortgage Servicing, Inc. is dismissed WITHOUT PREJUDICE and without costs or attorneys' fees to any party.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Justin L. Quackenbush .

Date: August 23, 2017

*CLERK OF COURT*

SEAN F. McAVOY

s/ Virginia Reisenauer
*(By) Deputy Clerk*

Virginia Reisenauer