FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 23, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| SUSAN EMBREE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OCWEN LOAN SERVICING, LLC,<br><br>　　　　Defendant. | NO. 2:17-CV-00156-JLQ<br><br>ORDER RE: STIPULATED MOTION TO DISMISS, DIRECTING ENTRY OF JUDGMENT, AND CLOSING FILE |

On October 23, 2018, the parties filed a Stipulated Motion to Dismiss Entire Action with Prejudice (ECF No. 98). "[T]he plaintiff may dismiss an action without a court order by filing ... a stipulation of dismissal signed by all parties who have appeared." Fed.R.Civ.P. 41(a)(1)(A)(ii). Unless stated otherwise in the stipulation of dismissal, dismissal under Fed.R.Civ.P. 41(a)(1)(A) is without prejudice. Fed.R.Civ.P. 41(a)(1)(B). All parties have signed the Stipulated Motion and have requested this matter be dismissed with prejudice.

**IT IS HEREBY ORDERED**:

1. The Stipulated Motion to Dismiss Entire Action with Prejudice (ECF No. 98) is **GRANTED**.
2. The Clerk is directed to enter Judgment dismissing the First Amended Complaint (ECF No. 19) and the claims therein **WITH PREJUDICE** and without costs or attorneys' fees to any party.

**IT IS SO ORDERED**. The Clerk is directed to enter this Order, furnish copies to counsel, and close this file.

**Dated** October 23, 2018.

　　　　　　　　　　s/ Justin L. Quackenbush
　　　　　　　　JUSTIN L. QUACKENBUSH
　　　　　SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1