# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
10/23/18
SEAN F. McAVOY, CLERK

Susan Embree

    *Plaintiff*

v.

Ocwen Loan Servicing LLC

    *Defendant*

Civil Action No. 2:17-cv-00156-JLQ

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of ____ %, plus post judgment interest at the rate of ____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Stipulated Motion to Dismiss Entire Action With Prejudice, ECF No. 98, is GRANTED.
Judgment is entered dismissing the First Amended Complaint, ECF No. 19 adn the claims therein WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Justin L. Quackenbush on a Stipulated motion to Dismiss Entire Action With Prejudice, ECF No. 98.

Date: 10/23/18

*CLERK OF COURT*

SEAN F. McAVOY

s/ Shelly Koegler
    *(By) Deputy Clerk*
Shelly Koegler